UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **'O'** **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-09502-CAS-SSCx | Date | October 23, 2026 |
| Title | Ambassador Paul Butakov v. Kanwal Singh et al. | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| | | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** – ORDER TO REMAND

On August 17, 2026, Ambassador Paul Butakov (hereinafter "Butakov")[1] filed a notice of removal in this Court but did not attach a civil coversheet, a notice of interested parties, or the complaint filed in the Riverside County Superior Court. Dkt. 1. It appears from Butakov's notice of removal that he seeks to remove an unlawful detainer action initiated against him in Riverside County Superior Court to this Court. Id.

Butakov alleges that that the unlawful detainer action is "a bad-faith retaliatory proxy action." Id. Butakov specifically alleges that he "maintains an active, pending civil rights and institutional accountability action in this United States District Court, Central District of California, under Case No. 2:26-cv-05452-JFW-RAO, before the Honorable John F. Walter" and that his "[a]dversaries have strategically utilized and harassed third parties, including Gino Drake, by appending names and initiating eviction proceedings as a direct counter-measure to penalize, harass, and disrupt [Butakov's] ongoing federal human rights advocacy and active litigation." Id.

Butakov asserts that this Court has jurisdiction on the following grounds: (1) "Supplemental and Protective Jurisdiction (28 U.S.C. §§ 1331, 1367)"; (2) "Civil Rights Removal (28 U.S.C. § 1443(1))"; and (3) "The All Writs Act (28 U.S.C. § 1651)." Id.

On August 25, 2026, the Clerk issued a notice of discrepancies based on Butakov's failure to pay the entire filing fee amount of $405. Dkt. 2. The Clerk allowed Butakov thirty (30) days to respond. Id. That same day, the Clerk also issued a notice of deficiencies based on Butakov's failure to provide a civil cover sheet and a notice of

[1] Butakov was improperly denominated as plaintiff on the docket.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **'O'** **JS-6**

| Case No. | 2:26-cv-09502-CAS-SSCx | Date | October 23, 2026 |
|---|---|---|---|
| Title | Ambassador Paul Butakov v. Kanwal Singh et al. | | |

interested parties. Dkt. 3. On August 27, 2026, the Clerk issued a notice of deficiencies based on Butakov's failure to attach the state complaint to the notice of removal. Dkt. 5.

The thirty (30) days have elapsed, and Butakov has not responded to the notice of discrepancies. Nor has Butakov cured any of the deficiencies identified by the Clerk.

Moreover, it appears that this Court lacks subject matter jurisdiction over this action. Butakov seeks to remove an unlawful detainer action to this Court, see dkt. 1, but the law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, 2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

On October 8, 2026, the Court ordered Butakov to show cause, in writing, no later than October 22, 2026, why this case should not be remanded to Riverside County Superior Court. Dkt. 8. Butakov failed to respond to the order to show cause.

Accordingly, the Court **REMANDS** this case to Riverside County Superior Court.

IT IS SO ORDERED.

00 : 00

Initials of Preparer CMJ